SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
MELANIE DELAPAZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HAUS OF BEAUTY LLC; 10921 DOWNEY AVE LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-02135 AB (KESx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MELANIE DELAPAZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  April 25, 2024                                SO. CAL EQUAL ACCESS GROUP

                                                                         */s/ Jason J. Kim*
                                                                      JASON J. KIM
                                                                      Attorney for Plaintiff